**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SAFDAR, et al,                                No. C-06-5355 PJH (MEJ)

        Plaintiff,                                **ORDER FOR FURTHER SETTLEMENT CONFERENCE**

  vs.

U.S. POSTAL SERVICES, et al,

        Defendants.

_____/

    TO ALL PARTIES and their Attorneys of Record:

    A first settlement conference in this matter took place before Magistrate Judge Maria-Elena James on April 17, 2007. PLEASE TAKE NOTICE that the Court hereby orders a further Settlement Conference for May 17, 2007, at 10:00 a.m in Judge James' chambers.  Defendant is reminded that pursuant to Judge James' standing Order regarding settlement conferences, **All PARTIES and their counsel of record are required to attend the settlement conference**. **Defendant's Counsel is also reminded that counsel who attend the settlement conference without full authority to settle**

1 **may be subject to sanctions pursuant to Federal Rule of Civil Procedure 16(f).**

2

3

4                **IT IS SO ORDERED.**

5

6        Dated: April 18, 2007

7                                                         MARIA-ELENA JAMES
                                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2