| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JAMES A. SCHARF (CSBN 152171)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5044 |
| 6 | FAX: (408) 535-5081<br>James.Scharf@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendant<br>United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MOHAMMAD SAFDAR and TASLEEM SAFDAR, | ) ) ) | Case No. C 06-05355 PJH |
| Plaintiff, | ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AND ORDER |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, | ) ) | |
| Defendant. | ) ) | |

Plaintiffs and defendant, through its attorney of record, hereby stipulate and agree that the above-referenced action against the United States Postal Service is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the settlement agreement entered into by the parties to this action.

-1-

1   IT IS SO STIPULATED.

3   DATED: 6/22/07

_____
MOHAMMADED SAFDAR

6   DATED: 6/22/07

_____
TASLEEM SAFDAR

9   DATED: 8-7-07

SCOTT N. SCHOOLS
United States Attorney

_____
JAMES A. SCHARF
Assistant United States Attorney

8/9/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-